1  Jonathan M. Weiss (SBN 250307)
2       jweiss@proskauer.com
   **PROSKAUER ROSE LLP**
3  2029 Century Park East, Suite 2400
   Los Angeles, CA 90067-3010
4  Telephone: 310.557.2900
   Facsimile: 310.557.2193

5  Kevin Abikoff
6       kabikoff@proskauer.com
   Mark D. Harris
7       mharris@proskauer.com
   Emily H. Kline
8       ekline@proskauer.com
   **PROSKAUER ROSE LLP**
9  Eleven Times Square
   New York, NY 10036-8299
10 Telephone: 212.969.3000
   Facsimile: 212.969.2900

11 *Attorneys for Defendants Pamela Pierce,*
12 *Joseph McCoy, Stephen Orr, and Gordon*
   *Thomson*

13
14              **UNITED STATES DISTRICT COURT**

15              **CENTRAL DISTRICT OF CALIFORNIA**

16 MATTHEW D. VAN STEENWYK,          Case No. 2:24-cv-07401-FLA (AJRx)
17 Individually, as Trustee and Beneficiary
   of The Matthew Van Steenwyk GST    *Hon. Fernando L. Aenlle-Rocha*
18 Trust and The Matthew Van Steenwyk
   Issue Trust, and as Co-Trustee of The   **DEFENDANTS PIERCE, McCOY,**
19 Gretchen Marie Van Steenwyk-Marsh   **ORR, AND THOMSON'S NOTICE**
   GST Trust and The Gretchen Marie Van   **OF JOINDER AND JOINDER IN**
20 Steenwyk-Marsh Issue Trust and     **CO-DEFENDANTS' MOTION TO**
   derivatively on behalf of Nominal   **STAY [DKT NO. 64]**
21 Defendants APPLIED
   TECHNOLOGIES ASSOCIATES,
22 INC., SCIENTIFIC DRILLING
   INTERNATIONAL, INC. and ATA
23 RANCHES, INC.,

24                        Plaintiff,

25            vs.

26 KEDRIN E. VAN STEENWYK,
27 Individually, as Successor Trustee of
   the Donald H. Van Steenwyk and

28

---

*DEFENDANTS PIERCE, McCOY, ORR, AND THOMSON'S NOTICE OF JOINDER
AND JOINDER IN CO-DEFENDANTS' MOTION TO STAY [DKT NO. 64]*

Elizabeth A. Van Steenwyk 1996
Revocable Trust and Survivor's Trust,
and as Executor of the Estate of
Elizabeth Van Steenwyk; DANIEL
CARTER, Individually; KIERAN
DUGGAN, Individually; PAMELA
PIERCE, Individually; JOSEPH
MCCOY, Individually; S. WESTLEY
SHEDD, Individually; STEPHEN
ORR, Individually; GORDON
THOMSON, Individually; TRENTON
THORNOCK, Individually; ROBERT
KERR, Individually; ADELAIDA
CELLARS, INC., a California
corporation; APPLIED
TECHNOLOGIES ASSOCIATES,
INC., a California corporation;
SCIENTIFIC DRILLING
INTERNATIONAL, INC. a Texas, cor-
poration; and ATA RANCHES,
INC., a Delaware corporation, and
DOES 1-10, inclusive,

                              Defendants,

        and

APPLIED TECHNOLOGIES
ASSOCIATES, INC., SCIENTIFIC
DRILLING INTERNATIONAL, INC.,
and ATA RANCHES, INC.,

                Nominal Defendants.

*DEFENDANTS PIERCE, McCOY, ORR, AND THOMSON'S NOTICE OF JOINDER
AND JOINDER IN CO-DEFENDANTS' MOTION TO STAY [DKT NO. 64]*

1    **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

2          **PLEASE TAKE NOTICE** that on Friday, February 28, 2025, at 1:30 p.m., or

3    as soon thereafter as may be heard, in the United States District Court for the Central

4    District of California in Courtroom 6B of the First Street U.S. Courthouse located at

5    350 West 1st Street, Los Angeles, CA 90012, Defendants Pamela Pierce, Joseph

6    McCoy, Stephen Orr, and Gordon Thomson will, and hereby do, join in the Motion of

7    Defendants Kedrin E. Van Steenwyk in her individual capacity, in her capacity as Suc-

8    cessor Trustee of the Donald H. Van Steenwyk and Elizabeth A. Van Steenwyk 1996

9    Revocable Trust and Survivor's Trust, in her capacity as Executor of the Will of Eliz-

10   abeth Van Steenwyk, and Adelaida Cellars, Inc. Motion to Stay [Dkt. No. 64].

11

12    DATED: December 13, 2024          PROSKAUER ROSE LLP

13

14                                      By:  */s/  Kevin Abikoff*

15

16                                      Jonathan M. Weiss
                                        Kevin Abikoff
17                                      Mark D. Harris
                                        Emily H. Kline

18                                      *Attorneys for Defendants Pamela Pierce, Jo-*
                                        *seph McCoy, Stephen Orr, and Gordon Thom-*
19                                      *son*

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

The undersigned certifies that Defendants Pierce, McCoy, Orr, and Thomson's Notice of Joinder and Joinder in Co-Defendants' Motion to Stay [DKT No. 64] was filed electronically with the Clerk of the Court via the CM/ECF system which effects notification to all parties registered and designated for the CM/ECF system in this action. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 13, 2024 at Los Angeles, California.


By:   */s/ Kevin Abikoff*
      Kevin Abikoff