UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MATTHEW D. VAN STEENWYK, *et al.*,

Plaintiffs,

v.

KEDRIN E. VAN STEENWYK, *et al.*,

Defendants.

Case No. 2:20-cv-02375-FLA (AJRx)
Case No. 2:24-cv-07401-FLA (AJRx)

**ORDER TO SHOW CAUSE RE:
APPOINTMENT OF SPECIAL
MASTER**

Having reviewed the docket in these matters, 2:20-cv-02375-FLA (AJRx) ("*Van Steenwyk I*") and 2:24-cv-07401-FLA (AJRx) ("*Van Steenwyk II*"), the court believes resolution of the parties' disputes has, and will continue to, take an unreasonable and disproportionate amount of court time and judicial resources. Given the nature and extent of the parties' disputes, especially considering the parties have filed hundreds of documents including 13 distinct post-judgment motions and applications in *Van Steenwyk I* (Dkts. 718, 746, 751, 766, 780, 781, 819, 841, 846, 856, 870, 871, 876) and 16 distinct motions and applications in *Van Steenwyk II* (Dkts. 62, 64, 66, 68, 147, 178, 190, 210, 255, 266, 277, 294, 298, 310, 322, 324), and have participated in 16 informal discovery conferences already (*Van Steenwyk I*, Dkts.

1

840, 860, 867, 878; *Van Steenwyk II*, Dkts. 192, 222, 237, 245, 253, 256, 265, 267, 276, 297, 323, 325), the court believes it is unable to resolve their disputes informally without an inordinate amount of direct management and supervision that the court cannot afford to provide effectively and timely.

Accordingly, the court ORDERS the parties to show cause in writing, within seven (7) days of the date of this Order, why the court should not appoint a Special Master, at the parties' shared expense, to conduct necessary proceedings and make proposed findings and recommendations to this court regarding all pending and future post-judgment matters in *Van Steenwyk I* and all pretrial and post-trial matters in *Van Steenwyk II*.  The court further ORDERS the parties to meet and confer and file within seven (7) days of the date of this Order a joint statement proposing an agreed-upon Special Master or, if unable to agree, identifying three individuals per side (not per party) who are qualified and available to accept immediate appointment as Special Master in both actions.  The joint statement shall include each candidate's resume and a description of each individual's experience in federal court.

IT IS SO ORDERED.

Dated: June 1, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge